JOHN JONES, Respondent, *v.* HIRAM HOUSE, Appellant, ALLEN HUNSACKER, *v.* SAME.

PETITION for rehearing, ante p. 382.

*Mr. J. N. Kimball, Mr. A. R. Heywood* and *Mr. H. H. Rolapp*, for respondent.

*Mr. C. S. Varian*, for appellant.

BOREMAN, J.:

The petition for rehearing in these cases, as in the case of *Ducheaneau* v. *House*, ante p. 369, just acted upon, does not make any new showing why the judgment of the court below should be reversed, nor any showing that this court erred in its decision.

The rehearing is denied.

POWERS, J., concurred.    ZANE, C. J., dissented.